IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CUONG TRAN,

    Plaintiff,                    No. 2:11-cv-01494 MCE KJN P

    vs.

DEEPAK METHA, M.D.,
AND JACK McANINCH, M.D.,

    Defendants.               ORDER

_____/

On reading the application and declaration on behalf of judgment creditor Deepak Mehta (Dkt. No. 41), and good cause appearing therefor, IT IS HEREBY ORDERED that the application be, and is hereby, granted, and that a writ of execution issue in the sum of $394.65, plus necessary levying officer fees pursuant to California Code of Civil Procedure § 685.050, be directed to the Sheriff or Marshal of the County of Solano, California.

IT IS SO ORDERED.

DATED: May 7, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

tran1494.exec.costs